MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

EDWARD R. FLUET (CABN 247203)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5037
    FAX: (408) 535-5066
    E-mail: edward.fluet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 13-CR-00774-LHK |
|     Plaintiff, | ) NOTICE OF DISMISSAL |
|   v. | ) |
| OSCAR CORONA-PONCE, | ) |
|     Defendant. | ) |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case and Order the United States Marshal to release the defendant.

DATED: January 27, 2014                 Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                               /s/
                                     J. DOUGLAS WILSON
                                   Chief, Criminal Division

Leave is granted to the government to dismiss the Indictment.  It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.  Upon application of the government, and good cause appearing, the United States Marshal is hereby Ordered to release the defendant forthwith.

Date:  1/28/14

*Lucy H. Koh*

LUCY H. KOH
United States District Court Judge

NOTICE OF DISMISSAL (CR 13-00774 LHK)